Shamel, Petitioner-Appellant, v. Dr. Louis Belinson, Respondent-Appellee.

Gen. No. 10,142.

Third District.
January 14, 1958.
Released for publication January 30, 1958.

Dixon S. Shamel, Pro Se; Charles J. Ryan, State's Attorney, for appellee. Opinion by JUDGE REYNOLDS. **Not to be published in full.**